FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ALVANIQUE K. SMITH,

                Plaintiff,

    v.

TIERNEY CATHCART, SONNI
WRIGHT, AVENUE5 RESIDENTIAL
LLC, IRON BRIDGE QOZB LLC,

                Defendants.

No.  2:25-CV-00075-MKD

ORDER GRANTING STIPULATED
MOTION TO DISMISS

**ECF No. 55**

Before the Court is the parties' Stipulated Motion to Dismiss.  ECF No. 55.

The parties stipulate to the dismissal of this action, with prejudice and without an

award of attorneys' fees or costs to any party.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff may dismiss an action

without court order by filing a stipulation of dismissal signed by all parties who

have appeared.  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1      1.      The parties' Stipulated Motion to Dismiss, **ECF No. 55**, is

2  **GRANTED**.

3      2.      Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims

4  are **DISMISSED with prejudice**, without an award of fees or costs.

5      3.      All pending motions are **DENIED as moot**.

6      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

7  Order, provide copies to the parties, and **CLOSE THE FILE**.

8      DATED May 12, 2025.

9                    _s/Mary K. Dimke_
                    MARY K. DIMKE
10              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

ORDER - 2